```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
In re:

LIBOR-Based Financial Instruments            MEMORANDUM AND ORDER
Antitrust Litigation.
                                             11 MD 2262 (NRB)
This Document Applies to: All Cases
-----------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

This Memorandum and Order is addressed to applications pending before the Court. First, defendants' request for leave to file their Renewed Motion to Dismiss the Exchange-Based Plaintiffs' Period 2 CEA Claims is granted. Second, a decision on the permissible content of the Second Consolidated Amended Complaints is stayed until the resolution of the current motions addressed to the complaints. The operative complaints will then be denominated the Third Consolidated Amended Complaints.

SO ORDERED.

Dated: New York, New York
       October 8, 2013

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

1